0Sengthiene Bosavanh, Esq. #249801
Law Offices of Jeffrey Milam
P.O. Box 26360
Fresno, California 93729
(559) 264-2800

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIA LEE, | 1:07-cv-0855 AWI TAG |
| Plaintiff, | STIPULATION AND ORDER THEREON |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted a 30 day extension of time, until January 18, 2008, in which to serve Plaintiff's Confidential brief.  All remaining actions under the scheduling order filed, June 14, 2007, shall proceed under the time limit guidelines set therein.

/ /

/ /

/ /

1

1 | / /

3 | Dated:  December 22, 2007         /s/ Sengthiene Bosavanh

4 |                                   SENGTHIENE BOSAVANH, ESQ.
                                      Attorney for Plaintiff.

6 | Dated: January 14, 2008           MCGREGOR SCOTT
                                      United States Attorney

                                      By: /s/ Sarah Ryan
                                      (as authorized via facsimile/e-mail)
                                      SARAH RYAN
                                      Assistant Regional Counsel

IT IS SO ORDERED.

Dated:   **January 15, 2008**              **/s/ Theresa A. Goldner**
                                           UNITED STATES MAGISTRATE JUDGE

2